UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STEVEN BAUER
340 Ann Rose Drive
Orange, Connecticut 06477

    Plaintiff,

v.

    COMPLAINT

METRO-NORTH RAILROAD COMPANY
50 Union Avenue
4th Floor West
New Haven, Connecticut 06519

    Defendant.

NOW COMES the Plaintiff, STEVEN BAUER, by and through his attorneys, THE KANTOR LAW FIRM, PLLC, for his Complaint against the Defendant, METRO-NORTH COMMUTER RAILROAD, herein alleges:

**NATURE OF ACTION**

1. The Plaintiff, STEVEN BAUER brings this action for negligence under the Federal Employers Liability Act (hereinafter FELA) 45 USC § 51 et seq. against the Defendant METRO-NORTH RAILROAD COMPANY (hereinafter, "METRO-NORTH") for injuries suffered by Plaintiff, STEVEN BAUER while in the employment of the Defendant, METRO-NORTH.

**JURISDICTION**

2. This Court has subject matter jurisdiction in this case pursuant to the FELA 45 USC §51 and 28 USC 1331. Venue properly lies in this Court pursuant to 45 USC §56.

## PARTIES

3. The Plaintiff, STEVEN BAUER, resides in Orange, Connecticut.

4. The Defendant, METRO-NORTH is a public benefit corporation duly established by law, and having a usual place of business in New Haven, Connecticut, and was and still is a common carrier in interstate transportation and commerce by railroad.

## AS AND FOR A FIRST CAUSE OF ACTION PLAINTIFF HEREIN ALLEGES:

5. That this action is being brought against Defendant, METRO-NORTH pursuant to the provisions of the FELA, Title 45 USC § 51, et seq. and that the amount in controversy exclusive of interest, exceeds $75,000.

6. That at all times hereinafter, the Plaintiff, STEVEN BAUER was and is a resident of the Town of Orange, County of New Haven and State of Connecticut.

7. That at all times hereinafter mentioned, the Defendant, METRO-NORTH was and still is a public benefit corporation duly organized, created and existing under the laws of the State of Connecticut, authorized to do business in the State of Connecticut, and a common carrier in interstate transportation and commerce by railroad.

8. The Defendant, METRO-NORTH, has tracks, operates trains, and does business within the State of Connecticut and maintains a principle

place of business within the State of Connecticut with offices located at 50 Union Avenue, 4th Floor West, New Haven, Connecticut 06519.

9. That at all times hereinafter mentioned, the Plaintiff, STEVEN BAUER, herein is an employee of the Defendant, METRO-NORTH as that term is defined under the FELA Section 45 USC § 51, et seq. and as such, is a Engineer for the Defendant and is engaged by the Defendant to perform duties in the furtherance of its business interests and movement of freight in interstate and foreign commerce by Defendant, railroad METRO-NORTH.

10. That on or about May 17, 2013, the Plaintiff, STEVEN BAUER was assigned to work on eastbound Metro-North railroad passenger train, 1548, departing from New Haven toward Grand Central Station when he sustained serious and permanent injuries as a result of Defendant, METRO-NORTH, its agents, servants and employee's negligence.

11. Specifically, on or about May 17, 2013, the Plaintiff, STEVEN BAUER, was injured when suddenly and without warning to him, the train he was on derailed due to the negligence of the Defendant METRO-NORTH its agents, servants and employees, causing him serious and permanent injuries, including but not limited to Post Traumatic Stress Disorder, Generalized Anxiety Disorder and Acute Anxiety as well as other damages.

12. That as a result of the negligence of the Defendant, METRO-NORTH, its agents, servants, employees with respect to the negligence and careless operation of its business with respect to the failure of the

Defendant to properly provide Plaintiff, STEVEN BAUER with a safe place to work pursuant to the FELA, 45 USC §51, et seq. and the federal and state rules and regulations promulgated thereunder; failure of Defendant to properly warn Plaintiff, STEVEN BAUER of the possible and potential hazards to his health; the failure of the Defendant to properly train and supervise its employees; the failure of the Defendant to properly inspect and maintain and operate its equipment and property in a safe and proper manner; the failure to the Defendant to properly operate the job and in general reckless, careless and negligent manner in which the Defendant and its agents, servants and employees carried on its business, Plaintiff, STEVEN BAUER was caused to suffer serious and permanent injuries while employed by the Defendant, METRO-NORTH, on or about May 17, 2013.

13. That as a result of the Defendant, METRO-NORTH's negligence, the Plaintiff was in the zone of danger and caused to suffer severe, permanent, personal and painful injuries, mental anguish, denial of social pleasure, enjoyment of life, change of lifestyle, Post Traumatic Stress Disorder, Generalized Anxiety Disorder, Acute Anxiety as well other damages.

14. That the Plaintiff, STEVEN BAUER demands a trial by jury on all issues.

WHEREFORE, the Plaintiff, STEVEN BAUER, in his cause of action, demands a money judgment against the Defendant, METRO-NORTH

COMMUTER RAILROAD for whatever amount said Plaintiff is found to be entitled to, together with the costs and disbursements of this action.

Dated:     September 22, 2014
           Williamsville, New York

> Respectfully submitted,
>
> _____
> STEVEN L. KANTOR, ESQ.
> The Kantor Law Firm, PLLC
> Attorneys for Plaintiff
> 5800 Main Street
> Williamsville, New York 14221
> (716) 626-0404
> kantorlaw@roadrunner.com
>
> JEFFREY COOPER, ESQ.
> Of Counsel for Plaintiff
> Cooper Sevillano
> 1087 Broad Street
> Bridgeport, Connecticut 06604
> jcooper@coopersevillano.com