UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STEVEN BAUER,<br>    *Plaintiff*,<br>    *v.*<br>METRO-NORTH COMMUTER RAILROAD COMPANY,<br>    *Defendant*. | Civil No. 3:14cv1381 (JBA)<br><br>January 13, 2016 |

**ENDORSEMENT ORDER**

The parties have requested permission to make opening statements at the trial commencing on February 3, 2016. By Local Rule, this District established a presumption that opening statements should be allowed absent good reason. D. Conn. L. Civ. R. 83.4 ("Unless the presiding Judge directs otherwise, counsel in civil jury trials shall be permitted to make opening statements subject to limitations imposed by the Judge."). Accordingly, Joint Motion for Opening Statements [Doc. # 23] is GRANTED, with the proviso that it may not exceed 15 minutes and that the Court will terminate any opening statement at the point at which it becomes impermissible argument.

IT IS SO ORDERED.

    /s/
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 13th day of January, 2016.